Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 07−17707−DHS
        Chapter: 7
        Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cyrus D Solomon Jr.<br>aka Cyrus Solomon<br>311 Rhode Island Avenue<br>East Orange, NJ 07018 | Lusterine H Solomon<br>aka Lusterine Solomon<br>311 Rhode Island Avenue<br>East Orange, NJ 07018 |

Social Security No.:
  xxx−xx−0508                                       xxx−xx−6485

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after April 23, 2009 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Debtor's Certification of Completion of Instructional Course Concerning Financial Management** (Official Form B23) proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Debtor's Certification of Completion of Instructional Course Concerning Financial Management**(Official Form B23) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 24, 2009
JJW: dmc

                                                                               James J. Waldron
                                                                               Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: dchrzano              Page 1 of 1                  Date Rcvd: Mar 24, 2009
Case: 07-17707                Form ID: clsnodsc           Total Served: 3

The following entities were served by first class mail on Mar 26, 2009.
db/jdb       +Cyrus D Solomon, Jr.,   Lusterine H Solomon,   311 Rhode Island Avenue,
               East Orange, NJ 07018-1833
smg           U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg          +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2009              Signature:    *Joseph Speetjens*